Argued December 3, affirmed December 3, 1971, petition
for rehearing denied January 4, petition for review
denied April 11, 1972.

STATE OF OREGON, *Respondent, v.* RUDOLPH
EUGENE OLIVER (No. 102086), *Appellant.*

490 P2d 1282

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.

AFFIRMED FROM THE BENCH.